**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILAS BRAXTON,<br><br>  Plaintiff,<br><br>vs.<br><br>SEJ ASSET MANAGEMENT & INVESTMENT COMPANY, a Delaware Corporation, 7-ELEVEN, INC., a Texas Corporation; and DOES 1-10,<br><br>  Defendants. | Case No. 2:19-cv-04005 AB (ASx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: May 7, 2019<br>FAC Filed: October 22, 2020<br>Trial Date: February 9, 2021 |

Good cause appearing, and based on the Parties' representations and STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE,

IT IS HEREBY ORDERED THAT this action be dismissed with prejudice as to all claims and causes of action. The parties are to bear their respective costs and attorneys' fees as against each other.

Dated: February 9, 2021

_____
HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE